**496**

Eugene ANTHONY et al., Appellants,

v.

Glenn P. SWINDLER et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Rehearing Denied Jan. 17, 1975.

S. Arnold Lynch, Donald L. Cox, Sales, Lynch & Fowler, Louisville, for appellants.

Alan T. Slyn, Borowitz, Slyn & Goldsmith, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

GENERAL REFRACTORIES COMPANY, Appellant,

v.

Ralph BOCOOK et al., Appellees.

Court of Appeals of Kentucky.

Nov. 15, 1974.

Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

Alvin B. Trigg, Lexington, Thomas Ferreri, Department of Labor, Louisville, for appellees.

Memorandum Opinion by Justice PALMORE, Affirming.*

GENERAL REFRACTORIES COMPANY et al., Appellants,

v.

Jesse KELLEY and Workmen's Compensation Board of Kentucky, Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Rehearing Denied Jan. 24, 1975.

Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, Robert D. Hawkins, Chief Counsel, Special Fund, Department of Labor, Thomas L. Ferreri, Counsel, Special Fund, Department of Labor, Frankfort, for appellants.

Alvin B. Trigg, Lexington, J. Keller Whitaker, Director, Workmen's Compensation Board, Department of Labor, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

GENERAL REFRACTORIES COMPANY, Appellant,

v.

James L. SAMMONS et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Rehearing Denied Jan. 17, 1975.

Howard VanAntwerp, III, William H. Jones, Jr., Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

* Opinion ordered not to be published.